**ALEXANDER KRAKOW + GLICK LLP**
Michael S. Morrison (State Bar No. 205320)
Brett C. Beeler (State Bar No. 287749)
401 Wilshire Boulevard, Suite 1000
Santa Monica, California 90401
T: 310 394 0888 | F: 310 394 0811
E: mmorrison@akgllp.com; bbeeler@akgllp.com

**LAW OFFICES OF SCOTT J. BLOCH, PA**
Scott J. Bloch (State Bar No. 264559)
1050 17th St. NW, Ste 600
Washington, DC 20036
T: 202 496 1290 | F: 202 478 0479
E: scott@scottblochlaw.com

Attorneys for Plaintiffs Aaron Rose and Troy Swedeen,
individually and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON ROSE, as an individual, TROY SWEDEEN, as an individual, and on behalf of all others similarly situated, | Case No: 3:13-cv-05218-CRB |
| | Assigned to the Hon. Charles R. Breyer |
| Plaintiffs, | Filed: October 9, 2013 |
| | Removal Date: November 8, 2013 |
| vs. | **JOINT STIPULATION TO FILE FIRST AMENDED COMPLAINT** |
| AECOM GOVERNMENT SERVICES, INC., a Corporation, AEROTEK, INC,. a Corporation, and DOES 1-100, | (FRCP 15) |
| Defendants. | |

1

**JOINT STIPULATION TO FILE FIRST AMENDED COMPLAINT**

1    WHEREAS, Plaintiffs Troy Swedeen and Aaron Rose filed their complaint on

2  October 9, 2013, in the Superior Court for the State of California, County of Alameda;

3    WHEREAS, the complaint was removed to United States District Court, Northern

4  District on November 8, 2013;

5    WHEREAS, Defendant Aerotek, Inc. filed a motion to dismiss Plaintiffs'

6  Complaint pursuant to Federal Rules of Civil Procedure Rule 12(b)(6);

7    WHEREAS, in addition to amending their complaint to address the issues raised

8  in Aerotek's motion to dismiss (where no stipulation is required), Plaintiffs are also

9  adding allegations and causes of action against Defendant AECOM Government

10  Services, Inc.;

11    WHEREAS, AECOM has agreed to stipulate to the filing of the amended

12  complaint, attached hereto as Exhibit "1" (as well as being separately filed).  A redlined

13  copy of the amendments is attached as Exhibit "2";

14    WHEREAS, pursuant to Federal Rules of Civil Procedure R. 15(a), no order is

15  required to file this amended complaint and the complaint is deemed filed upon the

16  filing of the stipulation and first amended complaint.

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

2

**JOINT STIPULATION TO FILE FIRST AMENDED COMPLAINT**

1    IT IS THEREFORE STIPULATED BETWEEN THE PARTIES BY AND

2    THROUGH THEIR COUNSEL OF RECORD THAT:

3        1.    Defendant AECOM Government Services, Inc. consents to Plaintiffs' First

4            Amended Complaint filed on December 6, 2013.

5

6    Dated: December 10, 2013          ALEXANDER KRAKOW + GLICK LLP

7

8                                      By: _____/s/_____

9                                          Michael Morrison
                                           Brett Beeler
10                                         Attorney for Plaintiffs
                                           AARON ROSE
11                                         TROY SWEDEEN
                                           individually and on behalf of all other
12                                         similarly situated

13

14

15   Date: December 10, 2013           SEYFARTH SHAW LLP

16

17                                     BY: _____/s/_____

18                                         Brett C. Bartlett
                                           Heather Havette
19                                         Attorneys for Defendant
                                           AECOM GOVERNMENT SERVICES,
20                                         INC.

21

22                    IT IS SO ORDERED

23

24                    Judge Charles R. Breyer

25

26

27

28
                                      3
     _____
            JOINT STIPULATION TO FILE FIRST AMENDED COMPLAINT

# CERTIFICATE OF SERVICE

I, Michael S. Morrison, an employee of the City of Santa Monica, certify that on December 10, 2013, caused a true and correct copies of the foregoing be filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel who has registered for receipt of documents filed in this matter:

## JOINT STIPULATION TO FILE FIRST AMENDED COMPLAINT

| ***COUNSEL FOR AECOM:*** | ***COUNSEL FOR AEROTEK:*** |
|---|---|
| Brett C. Bartlett, Esq.<br>Heather Havette, Esq.<br>SEYFARTH SHAW LLP<br>1075 Peachtree Street, N.E., Ste. 2500<br>Atlanta, GA 30309-3962<br>T:    404 885 1500<br>F:    404 892 7056<br>E:    bbartlett@seyfarth.com<br>       hhavette@seyfarth.com | Michael S. Kun, Esq.<br>Ted A. Gehring<br>EPSTEIN BECKER & GREEN, P.C.<br>1925  Century Park East, Suite 500<br>Los Angeles, California 90067<br>T:    310 556 8861<br>F:    310 553 2165<br>E:    mkun@ebglaw.com<br>       tgehring@ebglaw.com |
| Robb D. McFadden, Esq.<br>SEYFARTH SHAW LLP<br>560 Mission Street, 31st Floor<br>San Francisco, CA 94105<br>T:    415 397 2823<br>F:    415 397 8549<br>E:    rmcfadden@seyfarth.com | ***CO-COUNSEL FOR PLAINTIFF***:<br>Scott J. Bloch, Esq.<br>Law Offices of Scott J. Bloch, P.A.<br>1050 17th Street, NW, Suite 600<br>Washington, DC 20036<br>T:    202 496 1290<br>F:    202 478 0479<br>E:    scott@scottblochlaw.com |

Dated: December 10, 2013          ALEXANDER KRAKOW + GLICK LLP

s/ Michael S. Morrison
Michael S. Morrison
401 Wilshire Boulevard, Suite 1000
Santa Monica, CA 90401
Attorney for Plaintiff
AARON ROSE, TROY SWEDEEN, and on behalf of all others similarly situated