| | |
|---|---|
| 1 | ALEXANDER KRAKOW + GLICK LLP |
| | Michael S. Morrison (SBN 205320) mmorrison@akgllp.com |
| 2 | Brett C. Beeler (SBN 287749) bbeeler@akgllp.com |
| | 401 Wilshire Boulevard, Suite 1000 |
| 3 | Santa Monica, California 90401 |
| | Telephone:     (310) 394-0888 |
| 4 | Facsimile:     (310) 394-0811 |
| 5 | LAW OFFICES OF SCOTT J. BLOCH, PA |
| | Scott J. Bloch (SBN 264559) scott@scottblochlaw.com |
| 6 | 1050 17th St. NW, Suite 600 |
| | Washington, DC 20036 |
| 7 | Telephone:     (202) 496-1290 |
| | Facsimile:     (202) 478-0479 |
| 8 | |
| | Attorneys for Plaintiffs |
| 9 | AARON ROSE and TROY SWEDEEN |
| 10 | SEYFARTH SHAW LLP |
| | Heather Havette (SBN 222658) hhavette@seyfarth.com |
| 11 | 1075 Peachtree Street, N.E., Suite 2500 |
| | Atlanta, Georgia 30309-3962 |
| 12 | Telephone:     (404) 885-1500 |
| | Facsimile:     (404) 892-7056 |
| 13 | |
| | SEYFARTH SHAW LLP |
| 14 | Michele H. Gehrke (SBN 215647) mgehrke@seyfarth.com |
| | Matthew J. Mason (SBN 271344) mmason@seyfarth.com |
| 15 | 560 Mission Street, 31st Floor |
| | San Francisco, California 94105 |
| 16 | Telephone:     (415) 397-2823 |
| | Facsimile:     (415) 397-8549 |
| 17 | |
| | Attorneys for Defendant |
| 18 | AECOM GOVERNMENT SERVICES, INC. |
| 19 | EPSTEIN BECKER & GREEN, P.C. |
| | Michael S. Kun (SBN 208684) mkun@ebglaw.com |
| 20 | Ted A. Gehring (SBN 218715) tgehring@ebglaw.com |
| | 1925 Century Park East, Suite 500 |
| 21 | Los Angeles, California 90067 |
| | Telephone:     (310) 556-8861 |
| 22 | Facsimile:     (310) 553-2165 |
| 23 | Attorneys for Defendant |
| | AEROTEK, INC. |
| 24 | |

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| AARON ROSE, as an individual, TROY SWEDEEN, as an individual, and on behalf of all | Case No. 13-CV-05218 CRB |

1

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION / CASE NO. 13-CV-05218 CRB

| | |
|---|---|
| others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>AECOM GOVERNMENT SERVICES, INC., a Corporation, AEROTEK, INC., a Corporation, and DOES 1 through 100,<br><br>    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |
| AEROTEK, INC., a Corporation<br><br>    Cross-Complainant,<br><br>    vs.<br><br>AECOM GOVERNMENT SERVICES, INC.; and ROES I through 100,<br><br>    Cross-Defendant. | |
| AECOM GOVERNMENT SERVICES, INC.<br><br>    Cross-Complainant,<br><br>    vs.<br><br>AEROTEK, INC., a Corporation; and MOES 1 through 100,<br><br>    Cross-Defendant. | |

Pursuant to the Confidential Settlement Agreements and Releases by and between Plaintiffs AARON ROSE and TROY SWEDEEN ("Plaintiffs") and Defendant AECOM GOVERNMENT SERVICES, INC. ("AECOM"), and the global settlement between AECOM, Plaintiffs, and Defendant Aerotek, Inc. ("Aerotek") at the settlement conference, and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby stipulate and agree that the above-captioned action, including without limitation all complaints, amended complaints, and counter-complaints, including all claims and cross-claims, be dismissed in its entirety, with prejudice.

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, by and through their respective counsel of record, as follows:

On November 10, 2014, the Parties attended a Settlement Conference before the Honorable Magistrate Judge Jacqueline Scott Corley.  Following the Settlement Conference, the Parties agreed to a Confidential Settlement Agreement and Release whereby Plaintiffs agreed to voluntarily dismiss their First Amended Complaint and all claims contained therein with prejudice.  The Settlement Agreement has been fully executed and the Parties now request dismissal of this action with prejudice.

Although this action was filed as a putative class action, Plaintiffs' investigation and discovery reveled that there were only 15 individuals who could potentially fit within the class definition contained in the First Amended Complaint.  Of these individuals, the majority signed releases while others accepted different positions with Defendant AECOM, thereby differentiating their circumstances from the Named Plaintiffs and precluding their ability to join in any potential class represented by Troy Swedeen or Aaron Rose.  Thus, Plaintiffs' counsel does not believe the numerosity requirement for class certification under Rule 23 of the Federal Rules of Civil Procedure could be met in this case and settled the individual claims of the Plaintiffs on that basis.

Defendants AECOM and Aerotek further stipulate and agree that any and all Cross-Complaints filed in this action, including all cross-claims included therein, shall also be dismissed with prejudice.

IT IS SO STIPULATED.

DATED: February 13, 2015                    ALEXANDER KRAKOW + GLICK LLP


By:     */s/ Michael S. Morrison*
        Michael S. Morrison
        Brett C. Beeler
     Attorneys for Plaintiffs
     AARON ROSE and TROY SWEDEEN

DATED: February 13, 2015                    LAW OFFICES OF SCOTT J. BLOCH, PA


By:     */s/ Scott J. Bloch*
        Scott J. Bloch
     Attorneys for Plaintiffs
     AARON ROSE and TROY SWEDEEN

DATED: February 13, 2015                    SEYFARTH SHAW LLP


                                            By:    */s/ Heather Havette*
                                                   Heather Havette
                                                   Michele H. Gehrke
                                                   Matthew J. Mason
                                            Attorneys for Defendant
                                            AECOM GOVERNMENT SERVICES, INC.

DATED: February 13, 2015                    EPSTEIN BECKER & GREEN, P.C.


                                            By:    */s/ Michael S. Kun*
                                                   Michael S. Kun
                                                   Ted A. Gehring
                                            Attorneys for Defendant
                                            AECOM GOVERNMENT SERVICES, INC.

4

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION / CASE NO. 13-CV-05218 CRB

**ORDER**

Whereas Plaintiffs filed a class action complaint asserting claims on behalf of themselves and all similarly situated persons;

Whereas Plaintiffs have determined that it is not feasible to pursue the class claims, and have entered into an individual settlement; and

Whereas, notice to the general public is not required because no class has been certified, the putative class members' claims, if any, are not affected, and the cost of notice would be prohibitively expensive and would make the individual settlement economically infeasible;

IT IS HEREBY ORDERED that case number 13-CV-05218, and all causes and actions contained therein, including cross-complaints and cross-claims, shall be dismissed WITH PREJUDICE as to all parties, including as to Plaintiffs' individual claims, but without prejudice as to the putative class members' claims, with each party to bear its own costs and fees incurred in this action. The Court shall retain jurisdiction for purposes of enforcing the terms of the settlement agreement.

IT IS SO ORDERED

DATED: February 17, 2015

